defendant, rather than his wife, struck plaintiff with the chair. It is also noted that a verdict should not be directed pending the progress of plaintiff's case.

MENGES, Respondent, v. EDWARDS MOTOR CAR CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 11, 1915.) Action by Charles A. Menges, Jr., against the Edwards Motor Car Company. No opinion. Judgment and order unanimously affirmed, with costs. See, also, 165 App. Div. 73, 150 N. Y. Supp. 989.

MERSEREAU et al., Appellants, v. LOOMIS et al., Respondents (three cases). (Supreme Court, Appellate Division, Third Department. May 28, 1915.) Actions by Frederick W. Mersereau and another against Charles W. Loomis, individually and as executor, etc., of Dianna Camp, deceased, and others. No opinion. Motions granted, unless appellants have cases prepared and move them for argument at the next term of the court, in which case motions are denied.

METROPOLITAN LIFE INS. CO., Respondent, v. FIFTY–NINTH ST. REALTY CO., Appellant. (Supreme Court, Appellate Division, First Department. May 28, 1915.) Action by the Metropolitan Life Insurance Company against the Fifty-Ninth Street Realty Company. F. Bien, of New York City, for appellant. F. C. Lawyer, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 153 N. Y. Supp. 1129.

METROPOLITAN LIFE INS. CO. v. FIFTY–NINTH ST. REAL ESTATE CO. (Supreme Court, Appellate Division, First Department. June 11, 1915.) Action by the Metropolitan Life Insurance Company against the Fifty-Ninth Street Real Estate Company. No opinion. Motion denied, with $10 costs. Order filed. See, also, 153 N. Y. Supp. 1129.

MEYERS, Respondent, v. D. H. McLAURY MARBLE CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 17, 1915.) Action by Willard F. Meyers against D. H. McLaury Marble Company. No opinion. Application denied, with $10 costs.

MICHALSKI, Appellant, v. AMERICAN MACHINE & FOUNDRY CO., Respondent. (Supreme Court, Appellate Division, Second Department. June 17, 1915.) Action by Walter Michalski against American Machine & Foundry Company.
PER CURIAM. Judgment reversed, and new trial granted, costs to abide the event. The evidence presented a question for the jury on the issue of negligence. Scott v. International Paper Co., 204 N. Y. 49, 97 N. E. 413; Martin v. Walker & Williams Mfg. Co., 198

N. Y. 324, 91 N. E. 798; Basel v. Ansonia Clock Co., 159 App. Div. 912, 144 N. Y. Supp. 434; Kimmerle v. Carey Printing Co., 160 App. Div. 893, 144 N. Y. Supp. 1076.

MIESTO, Appellant, v. COMMERCIAL UNION ASSUR. CO., LIMITED, OF LONDON, ENG., Respondent. (Supreme Court, Appellate Division, First Department. May 21, 1915.) Action by Alfred Miesto against the Commercial Union Assurance Company, Limited, of London, England. C. C. Clark, of Brooklyn, for appellant. L. Levy, of New York City, for respondent. No opinion. Order affirmed, with costs. Order filed.

In re MILLER. (Supreme Court, Appellate Division, Fourth Department. April 28, 1915.) In the matter of the application of William C. Miller for a writ of certiorari against Lawrence Shean, as Special Deputy Commissioner of Excise of Oneida County, and William W. Farley, as State Commissioner of Excise. No opinion. Order affirmed, with costs.

MILLER, Appellant, v. ROBINSON, Respondent. (Supreme Court, Appellate Division, First Department. May 28, 1915.) Action by Mary F. Miller against Helen J. M. Robinson. A. G. McLaughlin, of New York City, for appellant. L. E. Warren, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

MINZESHEIMER, Respondent, v. TREEGER, Appellant. (Supreme Court, Appellate Division, First Department. May 14, 1915.) Action by Herman Minzesheimer against Samuel Treeger. L. Sanders, of New York City, for appellant. A. D. Lind, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

MOKARZEL, Appellant, v. MOKARZEL, Respondent. (Supreme Court, Appellate Division, Second Department. May 25, 1915.) Action by Nahoum A. Mokarzel against Saada Rihani Mokarzel.
PER CURIAM. The parties hereto having stipulated in open court that this case may be disposed of by a court of four, the decision is as follows: Order affirmed, with $10 costs and disbursements.

MOLDESTAD, Respondent, v. TIMMINS et al., Appellants. (Supreme Court, Appellate Division, Second Department. May 7, 1915.) Action by Olaf Moldestad against Edward M. Timmins and others.
PER CURIAM. The parties hereto having stipulated in open court that this case may be disposed of by a court of four, the decision is as follows: Judgment and order unanimously affirmed, with costs.